UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>            Petitioner,<br>    v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>            Respondents. | Civil Action No. 04-CV-12712-MLW |

## NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

        By:     /s/ Nancy Rue
                                NANCY RUE
                                Assistant U.S. Attorney
                                9200 J. Jos. Moakley U.S. Courthouse
                                One Courthouse Way
                                Boston, MA  02210
                                (617) 748-3100

Dated: February 9, 2005