UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
                Petitioner,
   v.

DAVID L. WINN,
UNITED STATES OF AMERICA
                Respondents.

Civil Action No. 04-CV-12712-MLW

**MOTION FOR EXTENSION OF TIME**

The United States respectfully moves for an extension of time until May 31, 2005, to respond to this Petition.

In support of this request, the government notes that this case has been recently assigned to the undersigned counsel. This petition appears to attempt to challenge the fact of petitioner's confinement and the validity of his sentence, rather than the conditions of his confinement. Accordingly, this petition appears to be improperly filed under the guise of 28 U.S.C. § 2241 in order to avoid the statutory limitations on subsequent filings pursuant to § 2255, given that this petitioner has previously filed three collateral attacks on his sentence with this Court.

In order to have time to locate the appropriate records from storage and respond appropriately to this Petition, the government respectfully moves for an extension of time until May 31, 2005.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:    /s/ Nancy Rue
       NANCY RUE
       Assistant U.S. Attorney
       9200 J. Jos. Moakley U.S. Courthouse
       One Courthouse Way
Dated: February 9, 2005       Boston, MA  02210