UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
        Petitioner,
v.

DAVID L. WINN,
UNITED STATES OF AMERICA
        Respondents.

Civil Action No. 04-CV-12712-MLW

**NOTICE OF FILING PRESENTENCE REPORT AND MOTION TO IMPOUND**

The United States respectfully moves for an order impounding the enclosed filing. The government herewith submits the Presentence Report and Addenda. "[P]resentence reports are presumptively confidential documents." In Re Boston Herald, Inc., 321 F.3d 174, 188 (1st Cir. 2003) (citing U.S. Dept. of Justice v. Julian, 486 U.S. 1, 12 (1988)). Accordingly, the government respectfully moves that the enclosed item be filed and maintained under seal.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: NANCY RUE
Assistant U.S. Attorney
9200 J. Jos. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Dated: June 1, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Attorney Robert M. Goldstein, 114 State Street, Boston, MA 02109 a copy of the Notice of Filing Presentence Report and Motion to Impound by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 1st day of June, 2005

_____
NANCY RUE
Assistant U.S. Attorney