UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN, )<br>    Petitioner )<br> )<br>v. )<br> )<br>DAVID L. WINN, WARDEN, )<br>UNITED STATES OF AMERICA, )<br>    Respondents | Civil No. 04-CV-12712-MLW |

### Petitioner's Motion for Leave to File Reply
### to Government's Opposition Memorandum

    Now comes the Petitioner, Franklin M. Goldman, by and through undersigned counsel, and hereby moves the Court for leave to file a reply to the government's memorandum in opposition to his motion pursuant to 28 U.S.C. §2241, which will be filed on or before Thursday, June 23, 2005. As grounds and reasons therefore, there are substantial issues raised by the government's opposition pleading that warrant a reply. Counsel needs additional time, however, to prepare the Petitioner's reply brief given other professional commitments.

    WHEREFORE, the Petitioner respectfully requests leave of Court to file a reply brief on or before Thursday, June 23, 2005.

Frank Goldman,
By his attorney,

_____
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, Massachusetts 02116
(617) 742-9015

Dated: June 16, 2005

## CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby state that on this date, June 16, 2005, a true copy of the foregoing document has been served, via electronic filing, upon Nancy Rue, Assistant U.S. Attorney, U.S. Attorney's Office, U.S. Courthouse, One Courthouse Way, Boston, Massachusetts, 02110.

_____
Robert M. Goldstein