UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>      Petitioner | )<br>)<br>) |
| v. | ) Civil No. 04-CV-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>      Respondents | )<br>)<br>) |

**Goldman's Motion for Status Conference**

Now comes the Petitioner, Franklin M. Goldman, by and through counsel, and respectfully requests a status conference at the earliest practicable date, convenient to the Court, so the Petitioner can address any scheduling, procedural and/or substantive issues identified by the Court, if any. As grounds and reasons therefore, the Petitioner states the following:

1. On June 1, 2005, the government filed a motion to seal, which was allowed by the Court on January 2, 2006.

2. On June 23, 2005, the Petitioner filed a memorandum of law in response to the government's memorandum in opposition to the Petition filed in this case.

3. On April 27, 1993, the Petitioner was sentenced to serve 360 months incarceration, in part because he was sentenced as a "career offender" pursuant to §4B1.1 of the United States Sentencing Guidelines.[1] The Petitioner has argued in his Petition and supporting papers that his Guideline range would have been 168 to 210 months had he not been sentenced as a career offender in the underlying criminal action. If the Petitioner served eighty-five percent of a sentence of 168 or 210 months imprisonment, he could be

---

[1]. The Petitioner has been in federal custody since July 17, 1992, the date of his arrest in the underlying criminal case. See PSR, Cover Page, at "Date of Arrest" and "Custodial Status".

eligible for release from incarceration after serving approximately 11.91 years or 14.91 years incarceration. As of July 2006, with credit for time served pending resolution of his underlying criminal case, the Petitioner will have served approximately fourteen years incarceration.

4.     As such, should the Court ultimately sustain the Petition filed in this case, the Petitioner could be eligible to be released from custody immediately or relatively soon.

WHEREFORE, the Petitioner respectfully requests that the Court schedule a status conference at the earliest practicable date, convenient to the Court, so the Petitioner can address any scheduling, procedural and/or substantive issues identified by the Court, if any.

                Frank Goldman,
                The Petitioner,
                By his attorney,

                **/s/ Robert M. Goldstein**
                Robert M. Goldstein
                Mass. Bar No. 630584
                20 Park Plaza, Suite 903
                Boston, MA 02116
                (617) 742-9015

Dated: May 31, 2006

## CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby certify that on May 31, 2006, this document filed through the Court's CM/ECF system will be sent electronically to the registered participants including Nancy Rue, Assistant United States Attorney, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA, 02210, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                **/s/ Robert M. Goldstein**
                Robert M. Goldstein

3