UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner,<br> v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>    Respondents. | Civil Action No. 04-CV-12712-MLW |

### GOVERNMENT'S OPPOSITION TO MOTION FOR STATUS CONFERENCE

The United States respectfully opposes Petitioner's motion for a status conference.

The government submits that no new issues are raised by Petitioner's motion. The Petition has been fully briefed by both parties and is ripe for decision by the Court. No conference is therefore appropriate.

            Respectfully submitted,

            MICHAEL J. SULLIVAN
            United States Attorney

    By:  /s/ Nancy Rue
       NANCY RUE
       Assistant U.S. Attorney
       9200 J. Jos. Moakley U.S. Courthouse
       One Courthouse Way
       Boston, MA  02210

Dated: May 31, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

            /s/ Nancy Rue
            Nancy Rue
            Assistant United States Attorney

Date:  May 31, 2006