UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRANKLIN GOLDMAN**  
                                                                      **CIVIL ACTION**  
**V**                                                                **NO. 04-12712-MLW**

**DAVID WINN**

NOTICE

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a **hearing on the Petition for Writ of Habeas Corpus** on **AUGUST 23, 2006** at **3:00** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                                                      **SARAH THORNTON, CLERK**

**July 12, 2006**                                        By:   **/s/ Dennis O'Leary**  
**Date**                                                              **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                             [ntchrgcnf.]