Robert M. Goldstein
Attorney at Law
20 Park Plaza ● Suite 903
Boston, Massachusetts  02116


September 15, 2006


Clerk
U.S. District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

      Re:   Franklin M. Goldman v. United States
            No. 04-CV-12712-MLW

Dear Madam:

      In accordance with this Honorable Court's Order of August 14, 2006 in the above-captioned matter, enclosed for filing please find the Verification of Franklin M. Goldman.

      Thank you.

            Sincerely,


               **/s/ Robert M. Goldstein**

*Robert M. Goldstein*
*Attorney at Law*
*The Statler Building*
*20 Park Plaza, Suite 903*
*Boston, Massachusetts 02116*
*(617) 742-9015 Facsimile (617) 742-9016*
*rmg@goldstein-lawfirm.com*

September 15, 2006

Clerk
U.S. District Court
 for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

> Re:    Franklin M. Goldman v. United States
>        No. 04-CV-12712-MLW

Dear Madam:

In accordance with this Honorable Court's Order of August 14, 2006 in the above-captioned matter, enclosed for filing please find the Verification of Franklin M. Goldman.

Thank you.

Sincerely,

Robert M. Goldstein

RMG/ld

## VERIFICATION

In Case No: 04-12712-MLW, Petitioner Franklin M. Goldman, in compliance with the Court Order of August 14, 2006, does hereby Certify under penalty of Perjury that all of the information contained in the 28 USC § 2241 Petition that is the subject of the referenced case number is true and accurate.


_Franklin M. Goldman_ _____    B\18\06 _____
Franklin M. Goldman, Petitioner    Date: