```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

Franklin M. Goldman,            )
    Petitioner,             )
                                )
                                )
    v.                          )     C.A. No. 04-12712-MLW
                                )
David L. Winn, Warden,          )
United States of America        )
    Respondents.             )

## ORDER

WOLF, D.J.                                      October 13, 2006

      For the reasons described in court on October 12, 2006, it is hereby ORDERED that:

      1. Counsel shall confer and, by November 3, 2006, inform the court of whether they have reached an agreement to resolve this case.

      2. If an agreement has not been reached, by November 17, 2006:

          a) The government shall file a supplemental brief addressing the implications for this court's jurisdiction in this case of the First Circuit's October 21, 2006, and November 7, 2006 decisions relating to the denial by the District Judge of what was deemed to be a second and successive petition by Franklin M. Goldman for relief pursuant to 28 U.S.C. §2255. See Stewart v. Martinez, 523 U.S. 637 (1998).

b) Goldman shall file supplemental affidavits, evidence, and a memorandum addressing (i) his factual innocence of the 1976 state conviction that had the effect of making him a Career Offender and enhancing his 1993 federal sentence; and (ii) the diligence of his efforts after the entry of judgment on April 27, 1993, and after April 24, 1996, the effective date of AEDPA, to have the 1976 conviction vacated. See Johnson v. United States, 544 U.S. 295, 298 (2005).

3. Responses to the November 17, 2006 submissions shall be filed by December 15, 2006.

4. Any replies shall be filed by December 22, 2002.

6. A hearing will be held on January 30, 2007, at 3:00 p.m.

_____
UNITED STATES DISTRICT JUDGE