UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>           Petitioner,<br>   v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>           Respondents. | Civil Action No. 04-CV-12712-MLW |

**MOTION FOR EXTENSION OF TIME**

      The parties respectfully move this Court for an extension of time until November 9, 2006 to make the status report otherwise due on November 3, 2006.  As grounds therefor, the government notes that the petitioner recently provided the government with certain personal information, and the petitioner is still seeking documentation for that information.  In order for the government to have complete information before informing the Court whether briefing continues to be anticipated, we respectfully request this brief continuance.

      The petitioner, through his counsel, has joined in the request for extension.

                                                    Respectfully submitted,

                                                   MICHAEL J. SULLIVAN
                                                   United States Attorney

               By:     /s/ Nancy Rue
                       NANCY RUE
                       Assistant U.S. Attorney
                       9200 J. Jos. Moakley U.S. Courthouse
                       One Courthouse Way
                       Boston, MA  02210
                       (617) 748-3100

Dated: November 3, 2006