UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>               Petitioner,<br>   v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>               Respondents. | Civil Action No. 04-CV-12712-MLW |

**STATUS REPORT AND REQUEST FOR
DIRECTION FROM COURT REGARD TIMING**

      The parties respectfully report that they continue to confer, and there has not yet been a determination of whether any resolution is possible. The parties previously moved this Court for an extension of time until November 9, 2006 in order to allow the government to review certain documentation. Petitioner's counsel received the documentation on Tuesday, November 7, 2006. Based on conflicts in the attorneys' schedules, the government will first review the documentation on November 9, 2006.

      The parties could continue to confer, while maintaining briefing on the original schedule. Alternatively, the parties respectfully submit that a two week delay in each of the previously announced dates of the briefing schedule would allow the parties to determine whether resolution is possible, while still maintaining the hearing date of January 30, 2007.

      The undersigned has discussed this matter in full with petitioner's counsel Robert Goldstein, and he joins in this report and joins in the two alternatives addressed in the prior paragraph.

2

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Nancy Rue
        NANCY RUE
        Assistant U.S. Attorney
        9200 J. Jos. Moakley U.S. Courthouse
        One Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Dated: November 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Nancy Rue
        Nancy Rue
        Assistant United States Attorney

Date:   November 9, 2006