UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner<br><br>v.<br><br>DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | )<br>)<br>)<br>) Civil No. 04-CV-12712-MLW<br>)<br>)<br>)<br> |

**Joint Status Report**

The government is not yet in a position to conclusively advise Franklin M. Goldman ("Goldman") whether it will be amenable to a resolution of this matter without further litigation.

In the event the parties do not come to an agreed resolution to this matter, the parties respectfully request that the Court afford Goldman the opportunity to file on or before December 15, 2006, supplemental affidavits and evidence, if any, addressing his factual innocence of the 1976 state conviction and the diligence of his efforts after the entry of judgment on April 27, 1993, and after April 24, 1996, the effective date of AEDPA, to have the 1976 conviction vacated. The parties request that the government then be afforded until January 5, 2007 to respond to any such filing.

The Court allowed the parties' request for an additional two weeks for briefing purposes. Responses were originally due to be filed on December 15, 2006, but are now due to be filed on December 29, 2006.

        Respectfully submitted,

        FRANKLIN M. GOLDMAN
        By his attorney,

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein
        Mass. Bar No. 630584
        20 Park Plaza, Suite 903
        Boston, MA 02116
        (617) 742-9015


        MICHAEL J. SULLIVAN
        United States Attorney

By:    **/s/ Nancy Rue**
        Nancy Rue
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210

Dated: December 1, 2006

## CERTIFICATE OF SERVICE

     I, Robert M. Goldstein, hereby state that on this date, December 1, 2006, a true copy of the foregoing document has been served, via electronic filing, upon all registered parties.

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein