UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>Petitioner<br><br>v.<br><br>DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>Respondents | )<br>)<br>)<br>)  Civil No. 04-CV-12712-MLW<br>)<br>)<br>) |

### Affidavit of Robert Mondello

Under oath, I depose and state the following:

1. My name is Robert Mondello and I currently reside at 6 Bradshaw Street, Medford, Massachusetts.

2. I am the same Robert Mondello who was a co-defendant of Frank Goldman in a Bristol County prosecution in or about 1976-1977, and who submitted an affidavit in 1997 declaring that Frank Goldman was in fact innocent of the crimes charged in the Bristol County matter.

3. I have reviewed the affidavit I signed in 1997 and now reaffirm my declaration that Frank Goldman was in fact innocent of the Bristol County charges.

4. It has been a long time since the events in question and I don't recall all details of the Bristol County prosecution, but I do know that Frank Goldman was not a participant in the charged crimes.

Signed under the pains and penalties of perjury this 14th day of December 2006.

*Robert Mondello*
Robert Mondello

1