UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner | )<br>)<br>) |
| v. | ) Civil No. 04-CV-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | )<br>)<br>) |

### Joint Motion to Continue Status-Report Date and Hearing

Now come the Petitioner and Respondent, by and through undersigned counsel, and hereby respectfully move the Court to continue the date by which the parties must report to the Court regarding whether an agreement can be reached in this matter (from January 12, 2007 to February 12, 2007), as well as the hearing date in this matter (from January 30, 2007 to February 20, 2007, or a date thereafter convenient to the Court). As grounds and reasons therefore, the parties state the following:

1. Government counsel will be out of the office from January 6, 2007 to January 23, 2007, and will therefore be unable to confer with Goldman's counsel during that time regarding the prospect of reaching an agreement in this matter.

2. The parties desire the opportunity to exhaust the possibility of reaching an agreement in this matter before consuming the Court's resources in terms of an additional hearing in this matter.

WHEREFORE, given the foregoing, the parties jointly request that the status-report date be continued to February 12, 2007, and the hearing be continued to February 20, 2007.

        Respectfully submitted,

        FRANKLIN M. GOLDMAN
        By his attorney,

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein
        Mass. Bar No. 630584
        20 Park Plaza, Suite 903
        Boston, MA 02116
        (617) 742-9015


        MICHAEL J. SULLIVAN
        United States Attorney

By:   **/s/ Nancy Rue**
        Nancy Rue
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210

Dated: January 5, 2007