## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


**FRANKLIN M. GOLDMAN**

**CIVIL ACTION**

**V**
**NO. 04-12712-MLW**

**DAVID L. WINN**


## NOTICE

**WOLF,  D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING on the petition for Writ of Habeas Corpus on MARCH 5, 2007 at 2:00 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor.


**SARAH THORNTON, CLERK**


**January 17, 2007**                    By:   **/s/ Dennis O'Leary**
**Date**                                      Deputy Clerk


**Notice mailed to:**

(notice.frm - 10/96)                                          [ntchrgcnf.]