UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>              Petitioner,<br>   v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>              Respondents. | Civil Action No. 04-CV-12712-MLW |

## STATUS REPORT

The parties in this case respectfully submit a status report in this case.

The parties met on February 9, 2007 regarding whether resolution of this case is possible. Attorneys for the government are considering defendant's case. No final determination has yet been made as to whether an agreed resolution of this case is possible.

The government submits this report on behalf of both parties. Counsel for petitioner is out of the office and was therefore not able to view this document prior to filing.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By:    /s/ Nancy Rue
        NANCY RUE
        Assistant U.S. Attorney
        9200 J. Jos. Moakley U.S. Courthouse
        One Courthouse Way
        Boston, MA  02210
        (617) 748-3100

Dated:  February 14, 2006