UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner | )<br>)<br>) |
| v. | ) Civil No. 04-CV-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | )<br>)<br>) |

## Joint Status Report

The Petitioner still awaits a determination by the government regarding whether it will be amenable to a resolution of this matter without further litigation. The government advises that it should be able to provide such a decision on or before March 2, 2007.

    Respectfully submitted,

    FRANKLIN M. GOLDMAN
    By his attorney,

    **/s/ Robert M. Goldstein**
    Robert M. Goldstein
    Mass. Bar No. 630584
    20 Park Plaza, Suite 903
    Boston, MA 02116
    (617) 742-9015

    MICHAEL J. SULLIVAN
    United States Attorney

By:    **/s/ Nancy Rue**
    Nancy Rue
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

Dated: February 26, 2007

## **CERTIFICATE OF SERVICE**

      I, Nancy Rue, hereby state that on this date, February 26, 2007, a true copy of the foregoing document has been served, via electronic filing, upon all registered parties.

**/s/ Nancy Rue**
Nancy Rue