# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>FRANKLIN GOLDMAN</u>

CIVIL  CASE
NO. 04-12712-MLW

v.

<u>DAVID WINN</u>

### NOTICE OF CANCELLATION

<u>WOLF, D.J.</u>

The <u>MOTION HEARING</u> previously scheduled for <u>MARCH 5, 2007</u> at <u>2:00 p.m.</u>, has been CANCELLED.  The hearing will be rescheduled, if necessary, after the court receives the parties status report on March 2, 2007.

SARAH A. THORNTON
CLERK OF COURT

<u>February 27, 2007</u>                By:    <u>/s/ Dennis O'Leary</u>
Date                                          Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                              [ntchrgcnf.]