UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
                    Petitioner,
        v.

DAVID L. WINN,
UNITED STATES OF AMERICA
                    Respondents.

Civil Action No. 04-CV-12712-MLW

## FURTHER STATUS REPORT

There will be no extra-judicial resolution of this petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:      /s/ Nancy Rue
        NANCY RUE
        Assistant U.S. Attorney
        9200 J. Jos. Moakley U.S. Courthouse
        One Courthouse Way
        Boston, MA  02210
        (617) 748-3100

Dated:  March 2, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF).

         /s/ Nancy Rue
        Nancy Rue
        Assistant United States Attorney

Date:  March 2, 2007