UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRANKLIN GOLDMAN**

**V**                                               CIVIL ACTION
                                                    NO. 04-12172-MLW

**DAVID WINN et al**

NOTICE

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a MOTION HEARING on Plaintiff's 2241 Petition on JUNE 11, 2007 at 3:00 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor.

                                                    SARAH THORNTON, CLERK

**May 21, 2007**                        By:    /s/ Dennis O'Leary
Date                                               Deputy Clerk
**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]