```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


FRANKLIN M. GOLDMAN,           )
     Petitioner                )
                               )
                               )
     v.                        )    C.A. No. 04-12712-MLW
                               )
DAVID L. WINN, WARDEN,         )
UNITED STATES OF AMERICA,      )
     Respondents               )
```

ORDER

WOLF, D.J.                                              June 14, 2007

    For the reasons stated in court on June 11, 2007, it is hereby ORDERED that:

    1.  Counsel shall confer and, by June 25, 2007, inform the court of whether they have reached an agreement to resolve this case.

    2.  If an agreement has not been reached, the parties shall, by July 11, 2007, file any further memoranda addressing the legal issues in this matter. Responses shall be filed by July 25, 2007.

    3. The parties shall, by July 27, 2007, exchange the names of witnesses and witness statements, and identify exhibits. The government shall, at that time, provide any material exculpatory information revealed by its investigation.

    4. Any memoranda addressing evidentiary issues shall be filed by August 2, 2007.

    5. The parties shall order the transcript of the court's June 11, 2007 tentative decision.

    6. An evidentiary hearing will be held on August 9, 2007, at 9:30 a.m. and, if necessary, continue on August 10, 2007.

    _____

                                            /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE