UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FRANKLIN M. GOLDMAN,         )
     Petitioner,             )
                             )
                             )
     v.                      )    C.A. No. 04-12712-MLW
                             )
DAVID L. WINN, Warden,       )
United States of America     )
     Respondents.            )
```

ORDER

WOLF, D.J.                                              June 14, 2007

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for Petitioner Franklin Goldman and a representative of the respondent, each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT COURT