UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>                Petitioner,<br>    v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>                Respondents. | Civil Action No. 04-CV-12712-MLW |

**STATUS REPORT**

The parties respectfully report that they have conferred, and there has not yet been a final determination of whether any resolution is possible. The parties will report further to the Court once a final determination has been made. The undersigned has discussed this matter in full with petitioner's counsel Robert Goldstein, and he joins in this report.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                        By:     /s/ Nancy Rue
                                        NANCY RUE
                                        Assistant U.S. Attorney
                                        9200 J. Jos. Moakley U.S. Courthouse
                                        One Courthouse Way
                                        Boston, MA  02210
                                        (617) 748-3100

Dated: June 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                /s/ Nancy Rue
                                Nancy Rue
                                Assistant United States Attorney

Date:   June 25, 2007