UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL 11  A 11: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

FRANKLIN M. GOLDMAN,
   Petitioner

v.

DAVID L. WINN, WARDEN,
UNITED STATES OF AMERICA,
   Respondents

Civil No. 04-CV-12712-MLW

### Motion for Permission to File Motion to Continue Under Seal and Affidavit in Support of Motion to Continue Ex Parte and Under Seal

Now comes the Petitioner, by and through counsel, and hereby moves the Court for permission to file his motion to continue the August 9th and 10th hearings under seal, and permission to file counsel's affidavit in support of said motion *ex parte* and under seal. As grounds and reasons therefore, the Petitioner states that the grounds in support of the motion are personal and confidential.

WHEREFORE, the Petitioner respectfully requests permission to file the Motion to Continue Hearing Under Seal and the affidavit of counsel in support of said motion *ex parte* and under seal.

                            The Petitioner,
                            Franklin Goldman,
                            By his attorney,

                            Robert M. Goldstein
                            Mass. Bar No. 630584
                            20 Park Plaza, Suite 903
                            Boston, MA 02116
                            (617) 742-9015

Dated: July 11, 2007

1

## CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby state that on this date, July 11, 2007, a true copy of the foregoing document has been served upon government counsel, Nancy Rue, via hand delivery.

                                        Robert M. Goldstein

2