UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>      Petitioner | )<br>)<br>) |
| v. | ) Civil No. 04-CV-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>      Respondents | )<br>)<br>) |

**Franklin Goldman's Status Report**

The government will not agree to any resolution of this matter.

    Frank Goldman,
    By his attorney,

    **/s/ Robert M. Goldstein**
    Robert M. Goldstein
    Mass. Bar No. 630584
    20 Park Plaza, Suite 903
    Boston, MA 02116
    (617) 742-9015

Dated: July 20, 2007

**CERTIFICATE OF SERVICE**

    I, Robert M. Goldstein, hereby state that on this date, July 20, 2007, a true copy of the foregoing document has been served upon government counsel, Nancy Rue, via electronic filing.

    **/s/ Robert M. Goldstein**
    Robert M. Goldstein