UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner | )<br>)<br>)<br>) |
| v. | )   C.A. No. 04-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | )<br>)<br>) |

ORDER

WOLF, D.J.                                                          August 24, 2007

It is hereby ORDERED that:

1. The parties shall, by September 21, 2007, file any further memoranda addressing the legal and evidentiary issues in this matter. Responses shall be filed by October 5, 2007.

2. The parties shall, by October 12, 2007, exchange the names of witnesses and witness statements, and identify exhibits. The government shall, at that time, provide any material exculpatory information revealed by its investigation.

3. An evidentiary hearing will be held on November 8, 2007, at 9:30 a.m. and, if necessary, continue on November 9, 2007.

                                              /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE

1