UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
                Petitioner,
  v.

DAVID L. WINN,
UNITED STATES OF AMERICA
                Respondents.

Civil Action No. 04-CV-12712-MLW

**MOTION FOR EXTENSION UNTIL 10/1/2007 TO FILE ADDITIONAL BRIEF**

The United States respectfully moves for an extension of time until October 1, 2007, to file additional briefing regarding the issues addressed at the Court's June 11, 2007 hearing.

In support of this request, the government notes that the undersigned has been out of the state on previously scheduled matters for a substantial portion of the time since the transcript of the hearing became available, and will be out of the state from today through Tuesday, September 25, 2007.  Additionally, the undersigned attorney is attempting to obtain evidence regarding two factual matters relevant to the question of whether the government has been prejudiced by the petitioner's delay in filing his petition.  The undersigned is hopeful that an additional week will allow such matters to be documented.  For these reasons, the government respectfully moves for an extension of time until October 1, 2007 to file additional briefing in this case.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:    /s/ Nancy Rue
       NANCY RUE
       Assistant U.S. Attorney
       9200 J. Jos. Moakley U.S. Courthouse
       One Courthouse Way
Dated: September 20, 2007       Boston, MA  02210

2

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned attempted to contact counsel Robert Goldstein regarding this motion for extension. Mr. Goldstein was unavailable, and therefore the parties have not actually conferred. However, the undersigned has no reason to believe that Mr. Goldstein would object to this motion.

      /s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:   September 20, 2007