UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
                    Petitioner,                    Civil Action No. 04-CV-12712-MLW
        v.
DAVID L. WINN,
UNITED STATES OF AMERICA
                    Respondents.

**NOTICE REGARDING FILING**

At the hearing on June 11, 2007, this Court provided the government the opportunity to

submit supplemental briefing regarding whether the case cited by the Court, Spence v.

Superindendent, Great Meadow Correctional Facility, 219 F.3d 162 (2d Cir. 2000), represented a

minority legal position.

Upon  review of the transcript of the hearing, the government notes that the Court has

cited to the cases which reject the position taken by the Second Circuit in Spence.[1]

For the reasons stated at the hearing and in its previous filings, the government submits

that the actual innocence exception should not be extended to non-capital cases.  However, given

the Court's acknowledgment of and rejection of the contrary positions of the Eighth and Tenth

Circuits, the government concludes that further briefing would not advance the issues prior to the

evidentiary hearing.

_____

[1]As noted at the hearing, the Circuit Courts of Appeals are split on the issue of whether a
petitioner can be "actually innocent" of a sentencing enhancement in a non-capital case.
Transcript, June 11, 2007, at page 26, 61.  The Second and Fourth Circuits, Spence v.
Superindendent, Great Meadow Correctional Facility, 219 F.3d 162 (2d Cir. 2000) and United
States v. Mikalajunas, 186 F.3d 490 (4th Cir 1999), extend the actual innocence exception to
sentencing enhancements in non-capital cases; the Eighth and Tenth Circuits (Embrey v.
Hershberger, 131 F.3d 739 (8th Cir. 1997)(en banc) and Reid v. Oklahoma, 101 F.3d 628 (10th
Cir. 1996)), reject that extension.  Initially, the Seventh Circuit had extended the exception in
Mills v. Jordan, 979 F.2d 1273 (7th Cir. 1992).  However, the Seventh Circuit later concluded in
Hope v. United States, 108 F.3d 119 (7th Cir. 1997), that this extension did not survive AEDPA.

Respectfully submitted,


MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nancy Rue
NANCY RUE
Assistant U.S. Attorney
9200 J. Jos. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210


Dated: October 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:    October 1, 2007

2