UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>              Petitioner,<br>   v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>              Respondents. | Civil Action No. 04-CV-12712-MLW |

(Assented to )
**MOTION TO ALLOW PRESENTATION OF GOVERNMENT'S CASE
ON NOVEMBER 9, 2007**

      The United States respectfully moves that the government be permitted to present its case in this matter on November 9, 2007, rather than on November 8, 2007.

      This case is currently scheduled for hearing on November 8, 2007, continuing until November 9, 2007 if necessary. After the presentation of the Petitioner's case, the government intends to present evidence, including the testimony of Francis M. O'Boy. However, Mr. O'Boy is unavailable on November 8, 2007. Mr. O'Boy is available on November 9, 2007. Accordingly, the government respectfully requests that the Court permit the government to present its case on November 9, 2007.

      The undersigned has conferred with counsel for Petitioner, and he assents to this motion.

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney

By:    /s/ Nancy Rue
      NANCY RUE
      Assistant U.S. Attorney
      9200 J. Jos. Moakley U.S. Courthouse
      One Courthouse Way
Dated: October 1, 2007      Boston, MA  02210

2

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Nancy Rue
    Nancy Rue
    Assistant United States Attorney

Date:   October 1, 2007