UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner | )<br>)<br>) |
| v. | ) Civil No. 04-CV-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | )<br>) |

**Petition for Writ of Habeas Corpus Ad Testificandum**

Now comes the Petitioner, by and through counsel, and hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to F.M.C. Devens, for the purpose of securing Franklin M. Goldman to appear before the Honorable Mark L. Wolf, Chief Judge, United States District Court, District of Massachusetts, in the above-captioned case on November 8, 2007 and November 9, 2007, such that the Petitioner can be present during the scheduled evidentiary hearings in the above-captioned case.

WHEREFORE, the Petitioner respectfully requests that the Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts to the Director of F.M.C. Devens, and to any other person having custody and control of Franklin M. Goldman, commanding them to produce him before Chief Judge Wolf at the United States Courthouse, One Courthouse Way, Boston, Massachusetts, on November 8, 2007 and November 9, 2007, at 9:00 a.m.

        Frank Goldman,
        By his attorney,

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein
        Mass. Bar No. 630584
        20 Park Plaza, Suite 903
        Boston, MA 02116
        (617) 742-9015

Dated: November 6, 2007

## CERTIFICATE OF SERVICE

      I, Robert M. Goldstein, hereby state that on this date, November 6, 2007, a true copy of the foregoing document has been served, via electronic filing, upon Nancy Rue, Assistant United States Attorney.

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein