UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
            Petitioner,
   v.

DAVID L. WINN,
UNITED STATES OF AMERICA
            Respondents.

Civil Action No. 04-CV-12712-MLW

**OPPOSITION TO MOTION**

Local Rule 7.1(A)(2) requires that

> No motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue.

D. Mass. R. 7.1(A)(2).  See Cobb v. Supreme Judicial Court of Massachusetts, 334 F. Supp. 2d 60, 62 (D. Mass. 2004)(Wolf, J.).  The Local Rules further provide that "[f]ailure to comply with any of the directions or obligations set forth in . . . these Local Rules may result in dismissal, default, or the imposition of other sanctions as deemed appropriate by the judicial officer."  D. Mass. R. 1.3, cited with approval in Perkins v. Russo, Docket 02-10460-MLW, 2007 WL 2507741 (Aug. 31. 2007).

Goldman has filed a "Motion" and "Notification" with this Court, Docket Entries 47 & 48.  Goldman's Notification is clearly a motion that should, under Local Rule 7.1, first have been addressed to counsel for the government.  Moreover, the inquiry inherent in his Notification is one that must under the relevant statutory framework, first be addressed by the government.  If, after conferring with the government, there are unresolved issues regarding for which Goldman seeks relief, at that time a motion to this Court may be appropriate.  However, until such time as the government has been provided with information from which it can taken an informed position on the requests inherent in Goldman's "Notification," Goldman's papers

are not ripe for judicial intervention, and his motion for judicial action is prohibited by Local Rule 7.1.

The undersigned attorney called Goldman's attorney to address this issue, in order to determine whether Goldman would voluntarily withdraw his filings pending consultation among counsel. However, no return call has been received by the deadline for filing this response.

Accordingly, the government respectfully opposes Goldman's motion and submits that it should be denied for failure to comply with Local Rule 7.1.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Nancy Rue
        NANCY RUE
        Assistant U.S. Attorney
        9200 J. Jos. Moakley U.S. Courthouse
        One Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Dated: December 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Nancy Rue
        Nancy Rue
        Assistant United States Attorney

Date:   December 5, 2007