```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

FRANKLIN M. GOLDMAN,            )
    Petitioner              )
                                     )
                                     )
    v.                          )          C.A. No. 04-12712-MLW
                                     )
DAVID L. WINN, WARDEN,          )
UNITED STATES OF AMERICA,       )
    Respondents             )

<u>ORDER</u>

WOLF, D.J.                                              December 26, 2007

      For the reasons stated at the conference on December 20, 2007, it is hereby ORDERED that:

      1.   The petitioner shall subpoena to testify at the March 18, 2008 hearing the individual referred to as "Witness 1" and shall serve a copy of this Order with the subpoena.

      2.   If Witness 1 wishes to seek to impose any conditions on his testimony, he shall file a motion and supporting memorandum by February 1, 2008.  Responses shall be filed by February 15, 2008. Any reply shall be filed by February 26, 2008.

      3.   By December 28, 2007, the petitioner shall report whether he will seek to take a discovery deposition of Witness 1 and whether he requests that the court preside at that deposition.

      4.   Another conference shall be held on January 3, 2008, at 2:00 p.m.

5. By January 4, 2008, the parties shall exchange names of any additional witnesses and witness statements, and identify any additional exhibits.

6. Each party shall submit a trial brief by March 3, 2008.

7. Another conference shall be held on March 10, 2008, at 3:00 p.m.

8. An evidentiary hearing will commence on March 18, 2008, at 9:00 a.m. and, if necessary, continue on March 19 and 20, 2008.

      /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE