UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner<br><br>    v.<br><br>DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | )<br>)<br>)<br>)  Civil No. 04-CV-12712-MLW<br>)<br>)<br>) |

### Goldman's Report to Court Regarding Deposition of Witness

Pursuant to the Court's Order of December 20, 2007, Goldman hereby reports to the Court regarding the proposed deposition of witnesses in this case. Goldman would like to conduct the deposition of a particular witness in this matter (previously identified for the Court and government), with the Court attending and supervising the deposition, such that the Court can address any legal issues that emerge during the deposition.

Goldman would respectfully request that this deposition be conducted after Goldman's counsel's trial concludes in the Southern District of Ohio, perhaps in the first week of March 2008 (understanding that government counsel is away during the latter part of February 2008).

The government has no position on Goldman's request.

    Frank Goldman,
    By his attorney,

    **/s/ Robert M. Goldstein**
    Robert M. Goldstein
    Mass. Bar No. 630584
    20 Park Plaza, Suite 903
    Boston, MA 02116
    (617) 742-9015

Dated: December 28, 2007

**CERTIFICATE OF SERVICE**

      I, Robert M. Goldstein, hereby state that on this date, December 28, 2007, a true copy of the foregoing document has been served, via electronic service, upon Nancy Rue, Assistant United States Attorney.

                                                 **/s/ Robert M. Goldstein**
                                                 Robert M. Goldstein