UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>   Petitioner<br><br> v.<br><br>DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>   Respondents | )<br>)<br>)<br>)   Civil No. 04-CV-12712-MLW<br>)<br>)<br>) |

### Joint Motion to Extend Trial Brief Filing Date By Four (4) Days

 Now come the Petitioner and Respondent, by and through undersigned counsel, and hereby move the Court to continue the date by which the parties must file their respective trial briefs, from Monday, March 3, 2008, to Friday, March 7, 2008.

 As grounds and reasons therefore, the parties state the following:

 1. Counsel for Petitioner just concluded trial in the Southern District of Ohio, returning to the Commonwealth on Tuesday, February 26, 2008 (trial began on January 8, 2008).  A few additional days to finalize the trial brief would be welcome.

 2. Additionally, today, the parties once again discussed the possible resolution of this matter, which could be affected by the outcome of the deposition presently scheduled on Monday, March 3, 2008.  The additional four (4) days will allow the parties to continue their dialogue.

 WHEREFORE, the parties jointly request that the date to file their trial briefs be continued from Monday, March 3, 2008, to Friday, March 7, 2008.

1

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | Frank Goldman,<br>By his attorney, |
| **/s/ Nancy Rue**<br>Nancy Rue, AUSA<br>9200 J. Jos. Moakley US Courthouse<br>One Courthouse Way<br>Boston, MA  02210<br>(617) 748-3260 | **/s/ Robert M. Goldstein**<br>Robert M. Goldstein<br>Mass. Bar No. 630584<br>20 Park Plaza, Suite 903<br>Boston, MA 02116<br> (617) 742-9015 |

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby state that on this date, February 29, 2008, a true copy of the foregoing document has been served upon government counsel, Nancy Rue, via electronic filing.

**/s/ Robert M. Goldstein**
Robert M. Goldstein