UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies, and to:

FMC Devens

YOU ARE COMMANDED to have the body of Franklin M. Goldman now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. 10, on the 5TH floor, Boston, Massachusetts on MARCH 5, 2008, at 9:00 A.M. for the purpose of a BENCH TRIAL in the case of FRANKLIN GOLDMAN v DAVID WINN Civil Acton 04-12712-MLW.

And you are to retain the body of said Franklin M. Goldman while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Franklin M. Goldman to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 3rd day of MARCH, 2008.

/s/ Mark L. Wolf
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

                                              SARAH A. THORNTON, CLERK

                                        By: /s/ Dennis O'Leary
        SEAL                              Deputy Clerk