UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN, ) | |
| ) | |
| v. ) | CASE NO. 04-cv-12712-MLW |
| ) | |
| WARDEN DAVID L. WINN, et al. ) | |

## MOTION TO QUASH SUBPOENA

NOW COMES Jack I. Zalkind who moves that a subpoena issued for his attendance before the Honorable Court on Wednesday, March 5, 2008 be quashed and for reason your movant is presently in bed suffering from a bronchial attack. Furthermore, Mr. Zalkind is scheduled to have surgery on Thursday, March 6, 2008 at Massachusetts General Hospital. The surgeon's name is Dr. Scott McDougall of the Massachusetts General Hospital and the internist is Dr. Peter Gross.

Respectfully submitted,

*/s/ Jack I. Zalkind*

Jack I. Zalkind, Esq. (BBO # 538840)
One International Place, 18th Floor
Boston, MA 02110
(617) 227-3950

Dated: March 5, 2008

{K0365483.1}