## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12172

Franklin Goldman                                          David Winn
PLAINTIFF                                                 DEFENDANT

Robert Goldstein                                          Nancy Rue

_____          _____

_____          _____

   COUNSEL FOR PLAINTIFF                      COUNSEL FOR DEFENDANT


JUDGE   Wolf            CLERK   O'Leary            REPORTER   Scott

### CLERK'S NOTES

| DATES: | Evidentiary Hearing |
|--------|---------------------|
| 3/3/08 | Court goes over preliminary matters with counsel.  Government calls Frank O'Boy - witness takes the stand |
|        | and is sworn.  Court marks exhibits as they are admitted into evidence.  Court takes a brief recess to allow |
|        | the parties to government to make copies of exhibits.  Court resumes with Mr. O'Boy on the stand. |
|        | Testimony ends for the day.  Court takes up the motion to quash filed by Attorney Zalkind.  Attorney Delahunt |
|        | arrives for Attorney Zalkind.  Court allows the motion to quash for today.  Court orders Zalkind or someone |
|        | on his behalf to report by March 12, 2008 as to whether he will be available to testify on March 18, 2008. |
|        | Court cancels the Pretrial Conference set for march 10, 2008 |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |
|        | |