UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner<br><br>    v.<br><br>DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>    Respondents | C.A. No. 04-12712-MLW |

ORDER

WOLF, D.J.                                                                                  March 5, 2008

As stated at the conference on March 5, 2008, it is hereby ORDERED that:

1. By March 13, 2008, the parties shall:

    a) confer and report whether they have reached a resolution of this matter; and

    b) if no resolution has been reached, submit trial briefs.

2. The evidentiary hearing will continue on March 18, 2008, at 9:00 a.m. and, if necessary, continue on March 19 and 20, 2008.

                        /s/ Mark L. Wolf
                        UNITED STATES DISTRICT JUDGE