UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>      Petitioner | )<br>)<br>) |
| v. | ) Civil No. 04-CV-12712-MLW<br>) |
| DAVID L. WINN, WARDEN,<br>UNITED STATES OF AMERICA,<br>      Respondents | )<br>) |

### Franklin Goldman's Status Report

The government has advised that it will not agree to any resolution of this matter.

                    Frank Goldman,
                    By his attorney,

                    **/s/ Robert M. Goldstein**
                    Robert M. Goldstein
                    Mass. Bar No. 630584
                    20 Park Plaza, Suite 903
                    Boston, MA 02116
                     (617) 742-9015

Dated: March 13, 2008

### CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby state that on this date, March 13, 2008, a true copy of the foregoing document has been served, via electronic filing, upon all registered parties.

                    **/s/ Robert M. Goldstein**
                    Robert M. Goldstein