UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>              Petitioner,<br>v.<br><br>DAVID L. WINN,<br>UNITED STATES OF AMERICA<br>              Respondents. | Civil Action No. 04-CV-12712-MLW |

## MOTION FOR RELEASE OF RECORDS

The government respectfully moves for this Court for an Order directing the United States Probation Office to release the Probation/Parole Supervision records of the Petitioner from the period 6/1/75 through and including 8/5/77, as they are directly relevant to this case. These records are currently on site in the possession of the United States Probation Office at 400 Atlantic Street in Boston, MA. The government respectfully requests that this Court order the United States Probation Office to make copies of these records available to the government, petitioner's counsel and the Court. The government makes this request because these copies are not available without a Court Order.

                                                                              Respectfully submitted,

                                                                              MICHAEL J. SULLIVAN
                                                                              United States Attorney

                      By:    /s/ Nancy Rue
                               NANCY RUE
                               Assistant U.S. Attorney
                               9200 J. Jos. Moakley U.S. Courthouse
                               One Courthouse Way
                               Boston, MA  02210
                               (617) 748-3100

Dated: March 13, 2008

## CERTIFICATION UNDER LR 7.1

The undersigned attempted to confer with attorney Robert Goldstein before filing this motion but was unsuccessful. The undersigned will continue to attempt to contact Mr. Goldstein over the weekend in order to give him notice of the motion.

    /s/ Nancy Rue

## CERTIFICATE OF SERVICE

I, Nancy Rue, Assistant U.S. Attorney, hereby certify that the foregoing document has been filed through the Electronic Court Filing system

    /s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:   March 14, 2008