UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN,<br>    Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No.04-12712-MLW<br>) |
| DAVID L. WINN,<br>    Respondent. | )<br>) |

**NOTICE REGARDING CONSULTATION WITH COUNSEL AND ASSENT**

On March 14, 2008, the government filed a motion, Docket 65, seeking that the Court order the disclosure of the supervision records of Petitioner from 1975 to 1977. The government noted in that motion that it had sought to confer with counsel for Petitioner but had been unsuccessful.

On Sunday, March 16, 2008, the undersigned spoke to counsel Robert Goldstein by telephone. Counsel Goldstein agrees that the records sought by the government are pertinent and should be disclosed. Counsel therefore assents to the government's motion for disclosure.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Nancy Rue
       Nancy Rue
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

       /s/ Nancy Rue
       Nancy Rue
       Assistant U.S. Attorney