LAW OFFICES
OF
**JACK I. ZALKIND**
ONE INTERNATIONAL PLACE
18TH FLOOR
BOSTON, MASSACHUSETTS 02110

(617) 227-3950 (PHONE)
(617) 342-6899 (FAX)
JACKZALKIND@AOL.COM

March 14, 2008

**HAND DELIVERED-URGENT**

Dennis O'Leary, Courtroom Clerk
 To Judge Mark L. Wolf
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF MASSACHUSETTS
One Courthouse Way
Boston, Massachusetts  02210

Re:   Franklin M. Goldman v. United States
      **Case No. C.A. NO. 04-12712-MLW**

Dear Dennis:

Pursuant to the Court Order regarding the above matter, this letter is to inform you that I will be in attendance on March 18, 2008 at 9:00 a.m.

I thank you in advance for your attention and cooperation.

Very truly yours,

Jack I. Zalkind

JIZ/ecd