UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
              Petitioner,
   v.

DAVID L. WINN,
UNITED STATES OF AMERICA
              Respondents.

Civil Action No. 04-CV-12712-MLW

## MOTION FOR ORDER CONTROLLING ORDER OF INTERROGATION OF WITNESSES

The government respectfully moves for this Court for an Order pursuant to Rule 611, controlling the order of presentation of witnesses in the in manner most effective for the ascertainment of truth, by requiring Goldman to testify prior to the other fact witnesses who will testify about the events from 1975.

Under Rule 611, the Court has discretion to dictate the order of witnesses. See United States v. Machor, 879 F.2d 945, 953-54 (1st Cir. 1989)(noting that district court has "ample discretion to control the order of interrogating witnesses.")  Goldman and two other individuals, all of whom have felony backgrounds, are expected to testify about events from 1975, and the Court will be asked to evaluate the credibility of their testimony in determining the factual question in this case.  Two of these witnesses are subject to a sequestration order, and therefore, they will not have the opportunity to confer regarding the scope of cross examination or the specifics of their actual testimony.  However, Goldman is a party, and is therefore exempt from the sequestration order.  Accordingly, the government respectfully submits that it is in the interest of justice and ascertaining the truth for Goldman to testify prior to having had the opportunity to hear the testimony of the persons who assert that they can exonerate him of the crime at issue.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By: /s/ Nancy Rue
        NANCY RUE

Dated: March 17, 2008

## CERTIFICATION UNDER LR 7.1

The government has sought to obtain the agreement of counsel for Goldman on this matter. Counsel will not agree to have Goldman testify prior to the other persons at issue unless the Court requires it.

        /s/ Nancy Rue

## CERTIFICATE OF SERVICE

I, Nancy Rue, Assistant U.S. Attorney, hereby certify that the foregoing document has been filed through the Electronic Court Filing system

        /s/ Nancy Rue
        Nancy Rue
        Assistant United States Attorney

Date: March 17, 2008