UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,
           Petitioner,

v.

DAVID L. WINN,
UNITED STATES OF AMERICA
           Respondents.

Civil Action No. 04-CV-12712-MLW

## NOTICE OF ISSUE REGARDING WITNESS

The government respectfully alerts the Court to two issues that have arisen regarding the witness who testified in this matter by deposition.

First, the government asserts that, by prior ruling of the Court, the testimony of this witness cannot be considered unless and until he testifies at trial.  See Sealed Deposition, page 4, line 23.  Accordingly, the government asserts that the burden of producing this witness is on the petitioner.  However, petitioner has stated that he does not intend to call this witness, and instead intends to introduce the deposition into evidence without testimony by this witness in open court.  The government objects to this.

Additionally, counsel for the witness in question has advised that the witness has suffered a death in the family and that a funeral is scheduled for tomorrow morning, March 18, 2008.  Counsel has asserted that the witness could attend the funeral and still be available to testify by approximately 12:30 p.m.  The government has no objection to this slight delay, and it is the government's understanding that the Petitioner has other witnesses and therefore the witness's appearance at 12:30 would not impede the trial.  However, the government does not waive its right to fully examine this witness in public testimony on the record.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By:  /s/ Nancy Rue
            NANCY RUE

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

    I, Nancy Rue, Assistant U.S. Attorney, hereby certify that the foregoing document has been filed through the Electronic Court Filing system

        /s/ Nancy Rue
        Nancy Rue
        Assistant United States Attorney

Date:   March 17, 2008