```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


FRANKLIN M. GOLDMAN,           )
          Petitioner           )
                               )
     V.                        )    Civil Action No. 04-12712-MLW
                               )
DAVID L. WINN,                 )
UNITED STATES OF AMERICA,      )
          Respondents.         )
```

### NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                      By:   */s/ Sandra S. Bower*
                                SANDRA S. BOWER
                                Assistant U.S. Attorney

Dated: March 18, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 18, 2008.


                                          /s/: *Sandra S. Bower*
                                          SANDRA S. BOWER
                                          Assistant U.S. Attorney


Dated: March 18, 2008