UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANKLIN M. GOLDMAN, | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil No. 04-CV-12712-MLW |
| | ) | |
| DAVID L. WINN, WARDEN, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondents | | |

**Goldman's Opposition to Government Notice of Issue Regarding Witness**

The government has filed a notice to alert the Court to two issues regarding the witness who testified via deposition.  Goldman responds briefly to clarify the record.

Goldman did not represent that he would not call the witness during the hearing, nor has Goldman relieved the witness from his subpoena.  Rather, Goldman represented to the government that he did not intend to call the witness during trial if the Court would treat the witness' deposition testimony as his trial testimony, for purposes of Goldman's case-in-chief, as the Court indicated it was inclined to do during a recent post-hearing conference.  Of course, if the Court orders Goldman to instead call the witness during trial, Goldman is prepared to question the witness once again, though it seems unnecessary given the fact the witness has already fully testified regarding the relevant matters that would be inquired of during a trial direct examination.

The government asserts that the Court has previously ruled that the testimony of the witness cannot be considered unless and until he testifies at trial, citing Transcript at p.4.  The Court actually stated: "I'm not going to be relying on [the witness's] testimony unless he testifies again at the evidentiary hearing, if one is necessary, or his deposition is presented at that hearing."  Transcript at p.4-5.

1

Goldman has informed the government that should the Court treat the witness'

deposition testimony as his trial testimony (at least for purposes of Goldman's direct

examination in his case-in-chief), Goldman has no objection to the government calling

the witness to cross-examine the witness if the government wanted to pursue additional

examination of the witness.  If so, Goldman would reserve the right for additional

questioning of the witness.  In any event, Goldman has served the witness with a

subpoena and the witness remains under subpoena to appear and testify.

Goldman has no objection to the witness appearing at 12:30 p.m., rather than 9:00

a.m., as required by the trial subpoena.


Frank Goldman,
By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA 02116
 (617) 742-9015


Dated: March 18, 2008

## CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby state that on this date, March 18, 2008, a true copy
of the foregoing document has been served, via hand delivery, upon Nancy Rue,
Assistant United States Attorney.


**/s/ Robert M. Goldstein**
Robert M. Goldstein