UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12712

| Franklin Goldman | David Winn et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Goldstein | Nancy Rue |
|  | Sandra Bower |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Hancock

CLERK'S NOTES

| DATES: | Evidentiary Hearing - Day 2 |
|---|---|
| 3/18/08 | Court takes up preliminary matters with the parties.  Court listens to oral argument on the government's motion regarding the order of plaintiff's witnesses.  Court denies the motion.  Court resumes the evidentiary hearing.  Plaintiff calls Jack Zalkind, Esq. - witness takes the stand and is sworn.  Plaintiff calls Judge Kevin O'Dea - witness takes the stand and is sworn.  Plaintiff call Dana Curhan - witness takes the stand and is sworn.  Plaintiff call Robert Mondello - witness takes the stand and is sworn.  Court recesses for lunch from 1:00 to 2:00.  Court resumes with the government's cross of Mondello.  Court recesses for the day until tomorrow afternoon at 1:15.  Court explains the schedule to attorney Cintolo and Ralph Deleo before recessing. |