UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12712

| Franklin Goldman | David Winn et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Goldstein | Nancy Rue |
|  | Sandra Bower |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Evidentiary Hearing - Day 3 |
|---|---|
| 3/19/08 | Plaintiff calls Ralph DeLeo - witness takes the stand and is sworn.  Plaintiff takes the stand and is sworn. |
|  | Plaintiff rests.  Government informs the court that it would like to present evidence.  Government identifies the portions of exhibits B & C it would like to introduce into evidence.  Court recesses for the day until 9:30 tomorrow morning. |