UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12712

| Franklin Goldman | David Winn et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Goldstein | Nancy Rue |
|  | Sandra Bower |
|  |  |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Evidentiary Hearing - Day 4 |
|---|---|
| 3/20/08 | Court goes over preliminary matters with the parties regarding the admissibility of exhibits B and C.  Court decides to conduct to what essentially amounts to a voir dire of the government witnesses before deciding the admissibility issue.  Government calls USPO John Bocon - witness takes the stand and is sworn. Government calls Robert Parris - witness takes the stand and is sworn.  Court listens to defendant's argument on whether J and K should be admitted into evidence.   Court rules that the government has met its burden under the ancient document rule and the business records exception and will admit the exhibits. Court also will allow the government to inquire into the plaintiff regarding the same.  Plaintiff moves to admit two other portions of the report under the doctrine of completeness.  Government has no objection.  Court orders the parties to create a new redacted form to be filed with the court over the lunch break.  Government informs the court that subject to the admission of a few documents is ready to rest.  Court is in recess until 2:30.  Court resumes at 2:30.  Court goes over the two ways the plaintiff could fall under the savings clause of the 2255 petition.  Plaintiff informs the court that he will not present any further evidence on the fifth amendment issue.  Court will allow the parties to further supplement their briefs on this issue.  Plaintiff's counsel informs the court that he does not intend to argue the legal points as to cause and prejudice and focus on the factual innocence.  Parties to file supplemental briefs by April 4, 2008 any replies by April 14, 2008.  Court listens to the parties closing arguments. |