UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN M. GOLDMAN, )<br>      Petitioner )<br>)<br>V. )<br>)<br>DAVID L. WINN, )<br>UNITED STATES OF AMERICA, )<br>      Respondents. ) | Civil Action No. 04-12712-MLW |

### Government's Assented to Motion to Revise Briefing Schedule Concerning Admission of Petitioner's Statements to U.S. Probation

The government respectfully files this assented to motion to revise the briefing schedule for the parties' supplemental submissions as follows: a) requiring Petitioner Goldman to file his initial pleading on or before April 4, 2008; b) permitting the government to respond on or before April 14, 2008; and c) allowing the Petitioner to reply by April 18, 2008.  In support of this request, the government states as follows:

1) During the evidentiary hearing in this case, the Court conditionally admitted Exhibit 35 which are redacted chronological file entries containing statements the Petitioner made to the U.S. Probation Officers supervising his parole at the time of the 1975 kidnapping for which he makes his claim of actual innocence.  The Court found that the document satisfied the business record and ancient record exceptions to the hearsay

rule. [T. 3-20:111][1]

2) Petitioner also had advanced the argument that the statements were inadmissible because they were compelled and involuntary and therefore, in violation of the Fifth Amendment, citing United States v. Saechao, 418 F.3d 1073 (9th Cir. 2005), but noting that he had not completed all of the research in support of this claim because the issue had surfaced late in the evidentiary hearing. [T.3-20:111]. The Court stated it would allow the parties to submit supplemental briefing on this point and directed both parties to file pleadings on April 4, with any replies due on April 14. Id. at 113-14.

3) The government has been researching this issue, but respectfully submits that it would be able to provide a more focused and meaningful memorandum if it were permitted to respond to specific arguments and case authority cited by Petitioner in his filing.

4) The government requests that it be allowed to respond to any supplemental submission by the Petitioner by April 14, 2008. The Petitioner requests that he be allowed to reply by April 18, 2008.

5) This revision of the briefing schedule results in only a slight delay, as the Court had originally permitted both parties to reply to each other's simultaneous filings on April 14, 2008.

---

[1] The transcripts from the evidentiary hearing are cited by hearing date and page.

6) The undersigned has spoken with Robert M. Goldstein, Esq., counsel for Petitioner, and represents to the Court that he assents to the requested relief.

WHEREFORE, the government requests that the Court grant this motion revising the briefing schedule.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  */s/ Sandra S. Bower*
                              SANDRA S. BOWER
                              Assistant U.S. Attorney

Dated: April 3, 2008.

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 3, 2008.

                                        /s/: *Sandra S. Bower*
                                        SANDRA S. BOWER
                                        Assistant U.S. Attorney

Dated: April 3, 2008