Franklin Goldman
19124-038   Unit J/A
FMC-Devens
P.O. Box 879
Ayer, MA   01432


Memo of June 4, 2008

Clerk of Court
United States District Court
595 Main Street
Worcester, MA   01608-2076


Re:      Case No. 04-CV-12712-MLW

I am an Inmate at the Federal Medical Center in Ayer. I would appreciate it if you would send me a copy of the docket in the referenced case. Thank You.

Respectfully Yours,

*[signature]*
Franklin Goldman