```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

FRANKLIN M. GOLDMAN,           )
     Petitioner                )
                               )
                               )
v.                             )    C.A. No. 04-12712-MLW
                               )
DAVID L. WINN, WARDEN,         )
UNITED STATES OF AMERICA,      )
     Respondents               )
```

ORDER

WOLF, D.J.                                          July 1, 2008

To assist the court in preparing the Memorandum and Order issued today in this case, the District of Massachusetts Probation Office prepared a May 23, 2008 memorandum, which it revised slightly June 24, 2008. These memoranda describe the various Guideline ranges and related release dates applicable to petitioner Franklin Goldman in <u>Unites States v. Goldman</u>, Cr. No. 92-10229-ADM when Goldman's 1977 conviction is not considered for Career Offender purposes.[1]

These memoranda are hereby DISCLOSED to the parties. If the parties wish to address or dispute any of the information in the memoranda, they shall do so in the submissions that are to be filed prior to the August 7, 2008 resentencing of Goldman.

                                       /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE

---

[1] The memorandum and revision are identical except for the addition in the revision of the release dates associated with a sentence of 121 months incarceration.