UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


FRANKLIN M. GOLDMAN,            )
            Petitioner          )
                               )
            V.                  )    Civil Action No. 04-12712-MLW
                               )
DAVID L. WINN,                  )
UNITED STATES OF AMERICA,       )
            Respondents.        )


**United States' Notice Concerning**
**Memorandum and Order of July 1, 2008**

The government respectfully notifies the Court that it will

not appeal the Court's Order of July 1, 2008, allowing Petitioner

Goldman's §2241 petition and stating the Court's intention to

resentence Petitioner Goldman to time served.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney


            By:  /s/ Sandra S. Bower
                 SANDRA S. BOWER
                 Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF
system will be sent electronically to the registered participants
as identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non registered
participants on July 16, 2008.



                 /s/ Sandra S. Bower
                 SANDRA S. BOWER
                 Assistant U.S. Attorney