UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA04-12712
CASE NO.  CR92-10229

| Franklin Goldman | David Winn |
| United States | Franklin Goldman |
| PLAINTIFF | DEFENDANT |
| | |
| Robert Goldstein | Sandra Bower |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

## CLERK'S NOTES

| DATES: | Re-sentencing Hearing |
|---|---|
| 8/7/08 | Court goes over the procedural history of the case. Court gives its tentative view as to the sentence it intends to impose. Court listens tot he parties as to what they feel is the appropriate sentence. Defendant asks the court to impose the sentence of time served. Government declines to comment. Goldman addresses the court. |
| | Court imposes a sentence of time served followed by 96 months supervised release on the original conditions imposed by J. Mazzone, $100 special assessment fee. Court advises the defendant of his right to appeal and to counsel. Court will enter the judgment immediately and directs the clerk to e-mail the judgment to the appropriate personnel at the B.O.P. Court orders probation to inform it of when Mr. Goldman is released and whether there is any complication. |