UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN GOLDMAN
        Plaintiff(s)

v.                        CIVIL ACTION NO. 04-12712-MLW

DAVID WINN
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

WOLF, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

For the reasons stated in the July 1, 2008 Memorandum and Order and in court on August 7, 2008, it is hereby ORDERED that: JUDGMENT FOR THE PLAINTIFF. Plaintiff shall be reentenced in United States v. Goldman, Cr. No. 92-10229-ADM, to Time Served to be followed by 96 months Supervised Release on conditions comparable to those imposed in the original April 27, 1993 Judgment in Cr. No. 92-10229-ADM.

SARAH A. THORNTON,
CLERK OF COURT

Dated: August 7, 2008           By   /s/ Dennis O'Leary
                                              Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____ %.

(judge-civ.wpd - 3/7/2005)